

RECEIVED

NOV 02 2007 aew
NOV 0 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COUR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WENDELL C. THOMPSON

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

MAILROOM (CHRISSY)

PATRICK B. PEREZ

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

07CV 6209
JUDGE HOLDERMAN
MAGISTRATE JUDGE MASON

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
     U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
       28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: *WENDELL C. THOMPSON*

B. Date of Birth: *9-24-66*

C. List all aliases: _____

D. Prisoner identification number: *30421*

E. Place of present confinement: *KANE COUNTY JAIL*

F. Address: *777 E. FABYAN PKWY.*

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: *MAILROOM (CHRISSY)*

   Title: *MAILROOM CLERK*

   Place of Employment: *KANE COUNTY JAIL*

B. Defendant: *PATRICK B. PEREZ*

   Title: *SHERIFF*

   Place of Employment: *KANE COUNTY JAIL*

C. Defendant: _____

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: WENDELL THOMPSON V. BODACK & MEDICAL STAFF, WENDELL THOMPSON V. MIDLAND MANAGEME 07C5222

B. Approximate date of filing lawsuit: 1998 AND SEPT. 2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: DIRECTOR BODACK AND MEDICAL STAFF, MIDLAND MANAGEMENT

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT

F. Name of judge to whom case was assigned: 1998 NOT KNOWN / 07C5222 JUDGE CONLON

G. Basic claim made: 1998 HEALTH AND LIFE ENDANGERMENT / 07C5222 ILLEGAL EVICTION

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): BOTH DISMISSED

I. Approximate date of disposition: 1-11-99 / 10-16-07

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 5/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

THIS COUNTY JAIL TRANSFERS INMATES DUE TO OVERCROWDING, BUT FAILS TO COMPLY WITH FEDERAL RULES. I WAS TRANSPORTED TO KANKAKE COUNTY, ALL OF MY CORRESPONDENCE (MANY LEGAL) WAS RETURNED TO SENDE INFORMING THEM OF MY WHEREABOUTS. THEY EITHER PAY FOR POSTAGE FOR A SECOND ATTEMPT TO CORRESPOND, OR DISCONTINUE IN THEIR EFFORTS

THE MAIL SHOULD HAVE BEEN FOWARDED, REROUTED THRU THE POST OFFICE, HELD, OR SIMPLY, SENT ALONG WITH WEEKLY, SOMETIMES BI-WEEKLY SHIPMENTS.

I WAS TO BE BONDED OUT BY BARBRA WILSON OF ST. CLOUD, FL., IN THE MONTH OF JULY. DUE TO HER LETTERS BEING RETURNED, I HAVE LOST CORRESPONDENCE ALL TOGETHER.

I AM REQUESTING THAT FEDERAL CHARGES BE PLACED AGAINST SHERIFF PATRICK B. PEREZ, OF THE KANE COUNTY JAIL, AND MONETARY COMPENSATION OF $63,100.00 FOR THIS PERSONAL AND CONSTITUTIONAL VIOLATION.

W. T_____ #30421
WENDELL CRAIG THOMPSON
777 E. FABYAN PKWY.
GENEVA, IL 60134

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

FOR OBSTRUCTION OF MY CORRESPONDENCE, DELAYING AND RETARDING MY MAIL, I REQUEST THAT THIS COURT GRANTS A MONETARY COMPENSATION OF MY BOND AMOUNT AT THE TIME OF VIOLATION 13,100.00, PLUS PAIN (AGONY) AND SUFFERING, DENIAL OF CONSTITUTIONAL RIGHTS, AND PUNITIVE DAMAGES AN ADDITIONAL $50,000, TOTALING $63,100.00 (SIXTY THREE THOUSAND, ONE HUNDRED DOLLARS.

VI. The plaintiff demands that the case be tried by a jury.  ☐ YES  ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 26 day of OCT, 20 07

V. T.

(Signature of plaintiff or plaintiffs)

WENDELL C. THOMPSON
(Print name)

30421
(I.D. Number)

777 E. FABYAN PKWY.

GENEVA, IL 60134
(Address)

6

Revised 5/2007