IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Wendell C. Thompson, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 CV 6209 |
| | ) | |
| v. | ) | Judge Holderman |
| | ) | |
| Sheriff Patrick B. Perez, et al., | ) | Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | |

**Notice of Filing of Appearance**

To:   Wendell C. Thompson #30421
      Kane County Adult Correctional Facility
      777 East Fabyan Parkway
      Geneva, Illinois 60134

Please take notice that on January 15, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Attorney Appearance of Assistant State's Attorney Joseph F. Lulves, correct copies of which are attached to this Notice of Filing and duly served upon you.

**Certificate of Service**

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described document(s) to be served upon the above named party(ies) by [X] addressing a copy to the above named and depositing the same in the U.S. Mail at 100 South Third Street, Geneva, Illinois, with postage prepaid, on January 15, 2008.

                                             /s/ Joseph F. Lulves

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6197008