IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Wendell C. Thompson    , | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 CV 6209 |
| | ) | |
| v. | ) | Judge Holderman |
| | ) | |
| | ) | Magistrate Judge Mason |
| Mailroom (Chrissy) | ) | |
| Sheriff Patrick B. Perez. | ) | |
| | ) | |
| Defendants. | ) | |

### Answer And Affirmative Defenses To The Complaint

Now comes, the Defendant Kane County Sheriff Patrick B. Perez, by his attorney, John A. Barsanti, State's Attorney of Kane County, through his Assistant, Joseph Lulves, and answers as follows:

1. This county jail transfers inmates due to overcrowding.

ANSWER:   Admitted.

2. But fails to comply with Federal Rules.

ANSWER:   Denied

3. I was transported to Kankakee County.

ANSWER:   Admitted.

4. All of my correspondence (many legal) was returned to sender informing them of my whereabouts.

ANSWER:   Defendant has insufficient information with which to form a belief as to the truth of this averment.

1

5. They either pay for postage for a second attempt to corresponde or discontinue in their efforts.

ANSWER: Defendant has insufficient information with which to form a belief as to the truth of this averment.

6. The mail should have been forwarded, rerouted thru the post office, held or simply sent along with weekly, sometimes bi-weekly shipments.

ANSWER: Admitted.

7. I was to be bonded out by Barbra Wilson of St. Cloud, FL., in the month of July. Due to her letters being returned I have lost correspondence all together.

ANSWER: Defendant has insufficient information with which to form a belief as to the truth of this averment.

8. I am requesting that Federal charges be placed against Sheriff Patrick B. Perez of the Kane County Jail and monetary compensation of $63,100.00 for this personal and constitutional violation.

ANSWER: Defendant denies that violations of Plaintiff's constitutional rights took place or that he is entitled to any compensation.

## Affirmative Defenses

9. For his First Affirmative Defense, Defendant is entitled to qualified immunity as none of his actions violated any clearly established law or constitutional right of the Plaintiff.

10.　For his Second Affirmative Defense, Defendant states that Plaintiff has failed to exhaust the administrative remedies available to him, as required by the Prison Litigation Reform Act, which mandates that "no action shall be brought with respect to prison conditions under [42 U.S.C. 1983], or any other Federal law, by a prisoner confined in a jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. 1997a(e).

WHEREFORE, the Defendant, asks this Court for an order of judgment in its favor and against the Plaintiff.

Respectfully submitted,
Kane County Sheriff
Patrick B. Perez, by:

/s/ Joseph F. Lulves
Joseph Lulves
Assistant State's Attorney

John A. Barsanti
State's Attorney, Kane County
Joseph Lulves
Assistant State's Attorney
100 South Third Street
Geneva, IL 60134
(630) 208-5320
Attorney No.: 6197008