# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JAMES F. HOLDERMAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6209 | **DATE** | January 11, 2008 |
| **CASE TITLE** | Wendell Thompson (#30421) v. Mailroom Officer Chrissy, et al. | | |

**DOCKET ENTRY TEXT:**

On the court's own motion, Andrew Eliot Porter, Bronson & Kahn, LLC, 150 North Wacker Drive, Suite 1400, Chicago, Illinois 60606, (312) 553-1700 is appointed to represent the plaintiff in Case No. 07 C 4698 in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37. Case numbers 07 C 4970, 07 C 6209, 07 C 6563, 07 C 6564, 07 C 6565, 07 C 7198, 07 C 7233, and 07 C 7234 (N.D. Ill.) are all administratively closed. Dismissal of these cases does not constitute a "strike" under 28 U.S.C. § 1915(g) and is without prejudice to appointed counsel filing an amended complaint in 07 C 4698 setting forth all viable constitutional claims regarding the plaintiff's confinement at the Kane County Jail in one complaint.

■ [**Docketing to mail notices.**]

mjm